# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133395

L. N. LAND COMPANY, INC.,
       Plaintiff-Appellee,

v

SCHWARTZ LAW FIRM, P.C., BURTON
H. SCHWARTZ, ESQ., and JAY A.
SCHWARTZ, ESQ.,
       Defendants-Appellants,

and

SCOTT GRIFFIN, INC., SCOTT GRIFFIN,
and DWIGHT R. MILLER,
       Defendants.
_____/

SC: 133395
COA: 263363
Oakland CC: 2002-046065-CK

On order of the Court, the application for leave to appeal the January 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

d0723